[No. 50744-3-I. Division One. November 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMI L. SHERLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10355-1, George T. Mattson, J., entered June 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50852-1-I. Division One. November 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT KIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04351-7, Carol A. Schapira, J., entered July 26, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 50888-1-I. Division One. November 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DOUGLAS MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02108-1, Steven G. Scott, J., entered July 15, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51169-6-I. Division One. November 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD M. LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00428-2, Linda C. Krese, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Agid, JJ.